Division, First Department. April 21, 1899.) Action by Seelye Benedict and others against J. Lawrence Davis and others. From an order vacating an injunction, plaintiff appeals. Affirmed. William G. Choate, for appellants. Hector M. Hitchings, for respondents.

PER CURIAM. Upon the proofs before the court below, we do not think that the plaintiffs have shown a state of facts which would justify the court in granting a preliminary injunction. The questions at issue should be left to be determined on the trial. The order appealed from should be affirmed, with $10 costs and disbursements of the appeal.

BINI, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) Action by Tito Bini against John Smith. No opinion. Motion to resettle order denied. See 55 N. Y. Supp. 842.

BLISS, Respondent, v. METROPOLITAN EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by Ernst F. Bliss against the Metropolitan Elevated Railway Company and another. No opinion. Judgment affirmed, with costs.

In re BOARD OF EDUCATION. In re THAYER et al. (Supreme Court, Appellate Division, First Department. February 17, 1899.) In the matter of the board of education, and in the matter of Thayer, Brown & Furbish. No opinion. It does not appear from moving papers to whom award was made.

In re BOARD OF FIRE COM'RS. (Supreme Court, Appellate Division, First Department. February 17, 1899.) In the matter of the board of fire commissioners. No opinion. Motion for reference granted. See 53 N. Y. Supp. 1100.

In re BODINE. (Supreme Court, Appellate Division, Second Department. March 7, 1899.) In the matter of the application of Mehitable J. Bodine for the sale of lands of Areta T. W. Bodine and William H. J. Bodine, infants. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

BOLTE, Respondent-Appellant, v. THIRD AVE. R. CO., Appellant-Respondent. (Supreme Court, Appellate Division, First Department. February 10, 1899.) Action by Christopher Bolte against the Third Avenue Railroad Company. E. Treadwell, for appellant-respondent. J. M. Gardner, for respondent-appellant. No opinion. Order affirmed upon defendant's appeal; order modified upon plaintiff's appeal, by striking out the words, "with $10 costs," and inserting therein the words, "with costs to be taxed, payable to the plaintiff by the defendant." Costs and disbursements of the appeals to the plaintiff.

BONDY, Respondent, v. CARLEY et al., Appellants. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Action by Simon M. Bondy against Marcus A. Carley and another. W. H. Rand, Jr., for appellants. L. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs.

BOYS, Respondent, v. SNOW et al., Appellants. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Action by Robert J. Boys, as administrator, against Snow, Church & Co. J. M. Kerr, for appellants. J. M. Ferguson, for respondent. No opinion. Judgment and order affirmed, with costs.

In re BRANDT. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) In the matter of the examination of Catharina Brandt, judgment debtor in proceedings supplementary to execution, upon the application of Commercial Bank, judgment creditor. No opinion. Order affirmed, with $10 costs and disbursements.

BRETT, Respondent, v. EBEL et al., Appellants. (Supreme Court, Appellate Division, First Department. March 17, 1899.) Action by Pierre V. A. Brett against Martin C. Ebel and another. T. M. Tyng, for appellants. H. W. Goodrich, for respondent. No opinion. Judgment affirmed, with costs, on the opinion on previous appeal. 26 App. Div. 256, 51 N. Y. Supp. 573.

BRIGHAM, Respondent, v. ZAISS, Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1899.) Action by Tyler Brigham against Eugene Zaiss. J. C. Myers, for appellant. A. Epstein, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the authority of Taylor v. Ribbon Co. (decided March 10, 1899) 56 N. Y. Supp. 667.

BROOKER v. FARMER. (City Court of New York, General Term. March 28, 1899.) Action by O. D. Brooker against William W. Farmer. W. F. Burroughs, for appellant. H. Odell, for respondent. No opinion. Order appealed from affirmed.

BROWN, Appellant, v. JONES et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Action by James T. Brown against Charles H. Jones, as executor, etc., of Catharine Scofield, deceased, and another. No opinion. Judgment affirmed, with costs.

BROWN, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellant Division, Second Department. February 7, 1899.) Action by Ann Brown against the Manhattan Railway Company. No opinion. Judgment affirmed, with costs.

BRUMMER, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 7, 1899.) Action by Anna K. Brummer against the Metropolitan Elevated Railroad Company and another for injunction and damages. From a judgment for plaintiff, defendants appeal.